BEFORE THE FIRST DIVISION, JULY 26, 1965

No. 69465.—Moldex Co. *v.* United States, protests 63/7831, etc. (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of Vulkollan strips similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (53 Cust. Ct. 212, C.D. 2498), the claim of the plaintiff was sustained.